T. Jason Wood, ISB No. 5016
THOMSEN STEPHENS LAW OFFICES PLLC
2635 Channing Way
Idaho Falls, ID 83404
Telephone (208) 522-1230
Facsimile (208) 522-1277

Attorneys for Plaintiff William Frazier

Gerald T. Husch, ISB No. 2548
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
gth@moffatt.com
13782.0225

Attorneys for Defendant Thorne Research, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WILLIAM FRAZIER,<br><br>    Plaintiff,<br><br>vs.<br><br>THORNE RESEARCH, INC., an Idaho corporation,<br><br>    Defendant. | Case No. 2:10-cv-00555-REB<br><br>**STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE** |

    COME NOW all of the parties hereto—being the plaintiff, William Frazier, by and through his undersigned counsel of record, Thomsen Stephens Law Offices, and the defendant, Thorne Research, Inc., by and through its undersigned counsel of record, Moffatt,

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 1**

Thomas, Barrett, Rock & Fields, Chartered, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and hereby stipulate and agree that this action, including all claims by plaintiff against defendant, has been fully resolved and this case may be dismissed in its entirety, with prejudice, and with each party to bear his or its own costs and attorney fees with respect to this case.

DATED this 26th day of ~~February~~ March, 2012.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By _____
Gerald T. Husch – Of the Firm
Attorneys for Defendant Thorne Research, Inc.

DATED this 26 day of ~~February~~ March, 2012.

THOMSEN STEPHENS LAW OFFICES PLLC

By _____
T. Jason Wood – Of the Firm
Attorneys for Plaintiff William Frazier

**STIPULATION FOR DISMISSAL WITH PREJUDICE - 2**

Client:2321927.1